# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIA REYES,<br><br>     Plaintiff,<br><br>v.<br><br>PERFORMANCE TRANSPORTATION,<br>INC., et al.,<br><br>     Defendants. | Case No. 2:23-cv-01599-RFB-NJK<br><br>**Order** |

This case was removed to this Court on diversity grounds.  *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1]  Plaintiff's certificate of interested parties fails to identify citizenship attributed to her.  *See* Docket No. 2.

Accordingly, Plaintiff must file an amended certificate of interested parties by October 20, 2023, fully identifying the citizenship attributed to her.

IT IS SO ORDERED.

Dated: October 13, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1